**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                                          Case No.: 6:09-bk-04717-KSJ

SONNY V. JOSEPH,                                                                 Chapter 7
MARY V. JOSEPH,

       Debtors.
_____/

**ORDER GRANTING MOTION OF FIFTH THIRD BANK**
**FOR RELIEF FROM THE AUTOMATIC STAY**

This matter came on for consideration on *Fifth Third Bank's Motion for Relief from Stay* (the "Motion") (Doc. No. 15). The Court having reviewed the Motion and supporting affidavit, and noting that no objections were filed within the negative notice time period provided for in the Motion, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The automatic stay pursuant to 11 U.S.C. §362 is hereby modified to permit Fifth Third Bank to proceed with its foreclosure action in the Florida Circuit Court case styled *Fifth Third Bank v. Menaker Investments, Inc., et al,* Case No. 48-2008-CA-034012; and to complete the foreclosure of Fifth Third Bank's mortgage on the following property:

> **LOT 16, LAKE NONA PHASE 1-A, PARCEL 9, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 21, PAGES 57 AND 58, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. This Order is entered for the purpose of allowing Fifth Third Bank to proceed with its *in rem* rights against the Debtor's interest in the property. This Order does not authorize Fifth Third Bank to seek or obtain any *in personam* judgment against the Debtor.

DONE and ORDERED in Orlando, Florida, this 21st day of May, 2009

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies furnished to:

Fifth Third's Attorney: David J. Lienhart, Esq., Roetzel & Andress, P.O. Box 6507, Orlando, Florida 32802-6507

Debtors: Sonny Joseph and Mary Joseph, 4442 Winderwood Cir. Orlando, FL 32835

Debtors' Attorney: Frank M Wolff, Wolff Hill McFarlin & Herron PA, 1851 West Colonial Drive, Orlando, FL 32804

Chapter 7 Trustee: Scott R Fransen, Post Office Box 536696, Orlando, FL 32853

U.S. Trustee: 135 W. Central Blvd., Suite 620, Orlando, Florida 32801.