UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:

CASE NO. 6:09-bk-04717-KSJ
CHAPTER 7 CASE

Sonny V Joseph and Mary V Joseph ,
    Debtor(s).

## ORDER LIFTING THE AUTOMATIC STAY
## IN FAVOR OF DEUTSCHE BANK

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay (Docket # 21) filed by Deutsche Bank National Trust Company, as Trustee for the Certificatholders of Greenpoint Mortgage Funding Trust 2005HY-1 its Successors and/or Assigns ("Secured Creditor") and there being no objections to the entry of this Order, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 7550 Hinson Street #8d, Orlando Florida 32819, legally described as:

**UNIT 8D, BAY VIEW RESERVE, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 3673, PAGES 1856 THROUGH 1918, AND AS AMENDED, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Deutsche Bank National Trust Company, as Trustee for the Certificatholders of Greenpoint Mortgage Funding Trust 2005HY-1 its Successors and/or Assigns to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4.  Secured Creditor is hereby awarded its attorneys' fees and costs of up to $500.00 which were incurred in filing its Motion for Relief from the Automatic Stay and said fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the remedies available therein.

5.  All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

DONE and ORDERED in Orlando, Florida, this 15th day of July, 2009

**KAREN S. JENNEMANN**
**United States Bankruptcy Judge**

Copies furnished to:

Mark E. Steiner, Esq.
Attorney for Deutsche Bank
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920

Sonny V Joseph and Mary V Joseph
4442 Winderwood Cir
Orlando, FL 32835

Scott R Fransen, Trustee
Post Office Box 536696
Orlando, FL 32853

U.S. Trustee
United States Trustee - ORL7
135 W Central Blvd., Suite 620
Orlando, FL 32801

Frank M. Wolff, Esq
Attorney for the Debtor(s)
Wolff Hill McFarlin & Herron PA
1851 West Colonial Drive
Orlando, FL 32804


09-48238(CWF).mfr