UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 09-04717-KSJ
CHAPTER 7 CASE

IN RE:

SONNY V JOSEPH
MARY V JOSEPH

Debtors.
_____/

**CONSENT TO RELIEF FROM STAY**

The above named Debtor(s)s, by and through their undersigned, consent to the entry of an Order granting **ONEWEST BANK, FSB**, Relief from Stay on the real property described as:

**UNIT 14 A02, THE VUE AT LAKE EOLA, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORDS BOOK 9444, PAGE 3009, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

A/K/A: 150 E ROBINSON ST, ORLANDO, FL 32801

Dated this 20th day of October, 2009.

FRANK M. WOLFF, ESQ.
1851 W. COLONIAL DR.
ORLANDO, FL 32804

By: _____
FRANK M. WOLFF, ESQ.
Florida Bar Number: 319521

09-51286

LAW OFFICES OF MARSHALL C. WATSON, P.A
ATTN: SCOTT R. WEISS, ESQUIRE
1800 NORTH WEST 49TH STREET-SUITE #120
FORT LAUDERDALE, FLORIDA 33309

SONNY V JOSEPH
MARY V JOSEPH
4442 WINDERWOOD CIR
ORLANDO, FL 32835

FRANK M. WOLFF, ESQ.
1851 W. COLONIAL DR.
ORLANDO, FL 32804

JEANNE A. KRAFT
1851 W. COLONIAL DR.
ORLANDO, FL 32804

SCOTT R. FRANSEN, TRUSTEE
POST OFFICE BOX 536696
ORLANDO, FL 32853

U.S. TRUSTEE
UNITED STATES TRUSTEE – ORL7

09-51286